UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re                                                                                                         Case No: 11-10626-DHW
LAURA A SMITH                                                                                          Chapter 13
    Debtor(s)

## TRUSTEE'S SUMMARY OF CONFIRMED CHAPTER 13 PLAN

    The debtor's Chapter 13 case was filed on Wednesday, April 20, 2011. A summary of the plan or the final modification was transmitted to the creditors under Fed. R. Bankr. P. 3015. The Confirmation hearing for the debtor(s) plan was held on Wednesday, July 13, 2011, and on that date the Court ordered the plan confirmed.

    Following is a Summary of the plan as confirmed by the Court.

1. Payments and Length of Plan:

   Amount of debtor(s) plan payments:
   **DEBTOR PAY SCHEDULE**

   | DEBTOR NAME | PAYEE NAME | AMOUNT | FREQUENCY | START DATE |
   |---|---|---|---|---|
   | LAURA A SMITH | BAPTIST HEALTH | 73.00 | BI-WEEKLY | 05/20/2011 |

   Period of payments: 59 months or until a 'POT' of $2,400.00 is paid to unsecured creditors.

   Payable to:    Chapter 13 Trustee
                     P. O. Box 613108
                     MEMPHIS TN  38101-3108

2. Senior expenses and Administrative claims to be paid:

### ADMINISTRATIVE EXPENSES

| | | |
|---|---|---|
| Debtor's Attorney | Attorney's Fee Allowed | $2,750.00 |
| Chapter 13 Trustee | Notice Fee @ $.50 per copy | $1.00 |
| Chapter 13 Trustee | Trustee Administrative Fee | $5.97 |
| Clerk of Court | Filing Fee | $224.00 |

### SECURED, PRIORITY AND SPECIAL CLAIMS

**Secured**

| Creditor | 910/365 | Collateral Value | Interest | Payment |
|---|---|---|---|---|
| AURORA HOME LOANS | N | $2,058.00 | 0.00 % | $98.00 |
| ROOMSTORE | N | $500.00 | 4.25 % | $26.00 |

3.  Payments on allowed unsecured claims (including undersecured claims) will be made after senior expenses and claims are paid.

Dated this Wednesday, July 20, 2011.          /s/ *Curtis C. Reding.*
                                              Curtis C. Reding
                                              Chapter Thirteen Trustee

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing document on all parties in interest, by either electronic mail or by placing them in the United States Mail, postage prepaid, and properly addressed, this Wednesday, July 20, 2011.

                                              /s/ *Curtis C. Reding*
                                              Curtis C. Reding
                                              Chapter Thirteen Trustee